# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| THEOPHILE DANIEL MARIO JULIEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:14-cv-01135-JHH-JEO |
| | ) | |
| ERIC H. HOLDER, Jr., et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

On June 16, 2014, the Petitioner, a citizen of Haiti, filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his continued detention at the Etowah County Detention Center. (Doc. 1). The case is now before the court on the Respondents' motion to dismiss the petition as moot. (Doc.14). In their motion, the Respondents note that the Petitioner was released from ICE custody on October 19, 2015.

Because the Petitioner has been released from ICE custody, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202 (N.D. Ala. 2011). A separate order will be entered.

**DONE** this the   30th   day of October, 2015.

_____
SENIOR UNITED STATES DISTRICT JUDGE